Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY LYNN RINEAR, | ) |
| Plaintiff, | ) CASE NO. 2:20-cv-01557-BNW |
| v. | ) **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff, Tracy Lynn Rinear, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed May 15, 2021.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. This, prevents counsel from preparing a proper and meritorious brief. Plaintiff requests this time to allow for review of the record and proper preparation of Plaintiff's Brief. Wherefore, Plaintiff requests an extension from May 15, 2021 up to and including July 14, 2021 to file her brief.

1

Counsel for the Plaintiff has conferred with defendant's counsel who kindly has consented to this request.

Dated this 13th day of May, 2021.

    Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:50 pm, May 18, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**