Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff, Tracy Lynn Rinear

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY LYNN RINEAR, | ) |
| Plaintiff, | ) Case No.: 2:20-cv-01557-BNW |
| v. | ) **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Tracy Lynn Rinear be awarded attorney fees in the amount of six thousand nine hundred fifty-three dollars and nineteen cents ($6,953.19) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  No costs are sought under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

//

//

2

This award is without prejudice to the rights of Hal Taylor and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: June 21, 2022        Respectfully submitted,

                                      OF COUNSEL, OLINSKY LAW GROUP

                                      */s/ Hal Taylor*
                                      HAL TAYLOR
                                      Attorney for Plaintiff

Dated: June 21, 2022        Respectfully submitted,

                                      CHRISTOPHER CHIOU
                                      Acting United States Attorney
                                      District of Nevada
                                      Nevada Bar No. 14853

                                      ALLISON J. CHEUNG, CSBN 244651
                                      Special Assistant United States Attorney
                                      160 Spear Street, Suite 800
                                      San Francisco, California 94105
                                      Telephone: (510) 970-4811
                                      Facsimile: (415) 744-0134
                                      *(as authorized by email on June 21, 2022)*
                                      E-Mail: allison.cheung@ssa.gov

                                      Attorneys for Defendant

                                      IT IS SO ORDERED:

                                      HON. BRENDA WEKSLER
                                      UNITED STATES MAGISTRATE JUDGE

                                      DATED: June 22, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 250 South Clinton Street, Syracuse, NY 13202. On the date set forth below, I caused service of **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Allison J. Cheung
allison.cheung@ssa.gov
Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2022

                                             */s/ Hal Taylor*
                                             HAL TAYLOR
                                             Attorney for Plaintiff
                                             Of Counsel, Olinsky Law Group